

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-19-00713-CR

John Derek **ALLEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC6678
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file the appellant's brief is granted. We order the appellant's brief due April 22, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court